| | |
|---|---|
| 1 | DAVID L. ANDERSON (CABN 149604) |
| | United States Attorney |
| 2 | |
| 3 | SARA WINSLOW (DCBN 457643) |
| | Chief, Civil Division |
| 4 | |
| | JULIE BIBB DAVIS (CABN 184957) |
| 5 | Assistant United States Attorney |

      450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
      Telephone: (415) 436-7066
      FAX: (415) 436-6748
      Julie.Davis@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | | |
|---|---|---|
| JAMES D. FERGUSON, | ) | Case No.: 18-CV-05122-RMI |
| | ) | |
| Plaintiff, | ) | **REQUEST FOR LIFTING OF STAY AND** |
| | ) | **FURTHER CASE MANAGEMENT** |
| v. | ) | **CONFERENCE; [~~PROPOSED~~] ORDER** |
| | ) | |
| SHANTAL JEWEL WHITE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

REQUEST FOR LIFTING OF STAY AND FURTHER CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER
C-18-05122-RMI

This matter was previously stayed during the partial government shutdown. Dkt. No. 21. Now that appropriations to the Department of Justice have resumed, Defendant requests that the stay in this matter be lifted. In addition, Defendant requests a case management conference be scheduled for March 26, 2019, or as soon thereafter as is convenient for the Court. Counsel for Defendant has corresponded with Plaintiff via email, and Plaintiff concurs with the proposed date.

Dated: March 6, 2019

Respectfully submitted,

David L. Anderson
United States Attorney

 /s/ *Julie Bibb Davis*
JULIE BIBB DAVIS
Assistant United States Attorney
Counsel for Defendant

### [PROPOSED] ORDER

For good cause shown, the stay in this matter is hereby LIFTED. A further case management conference is scheduled for April 2, 2019 at 2:00 p.m. The parties may appear by telephone by dialing 888-684-8852/Access Code 1868782. An updated Joint Case Management Statement should be filed by March 26, 2019.

IT IS SO ORDERED.

Dated: March 7, 2019

ROBERT M. ILLMAN
United States Magistrate Judge

REQUEST FOR LIFTING OF STAY AND FURTHER CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
C-18-05122-RMI

1